

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00295-CR

Luis Manuel **AGUILAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7357W
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 3, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
Keith E. Hottle, Clerk of Court